UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON, | No. CV 19-381 SVW (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| SATAN THE DEVIL, et al., | |
| Respondents. | |

Pursuant to the Order Re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 11, 2019

STEPHEN V. WILSON
United States District Judge